**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CALLIE J. JOHNSON,

        Plaintiff,

vs.                               Case No. 3:05-cv-797-J-32MCR

WACHOVIA BANK,

        Defendant.

_____

## <u>ORDER</u>

This case is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 10), which addresses Plaintiff's Motion to Invoke Court's Jurisdiction (Doc. 9) filed on October 28, 2005. The Report and Recommendation is hereby **ADOPTED** and incorporated here by reference. Plaintiff's Motion to Invoke Court's Jurisdiction (Doc. 9) is **DENIED**, and Plaintiff's Amended Complaint (Doc. 6) is **DISMISSED WITHOUT PREJUDICE**. The Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of April, 2006.


TIMOTHY J. CORRIGAN
United States District Judge


t.
Copies to:

David C. Reeves
Moseley, Prichard, Parrish, Knight & Jones
501 West Bay Street
Jacksonville, Florida 32202


Callie J. Johnson